IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ORLANDO J. HOWARD                                              PLAINTIFF
#00226955

v.                           No. 4:21-cv-896-DPM

JOHN STALEY, Sheriff,
Lonoke County, and KRISTI
FLUD, Jail Administrator,
Lonoke County                                                  DEFENDANTS

## JUDGMENT

Howard's complaint is dismissed without prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

22 November 2021